## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GRACE S. CHAMBERLAIN** | * | |
| | * | |
| **Plaintiff,** | * | **Civil Action No. 07-3814** |
| | * | |
| **versus** | * | **Judge: G. Thomas Porteous, Jr.** |
| | * | |
| | * | **Magistrate Judge: Alma L. Chasez** |
| **HANOVER INSURANCE GROUP, INC.** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the petition of plaintiff, Grace S.

Chamberlain, against Massachusetts Bay Insurance Company, improperly named as Hanover

Insurance Group, Inc., is **DISMISSED,** with prejudice, with each party to bear its own costs.

Massachusetts Bay Insurance Company will bear the cost of filing this motion.

New Orleans, Louisiana this ___21st___ day of _____August_____, 2007.

_____
JUDGE